IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| EDITH RAMEY, ) | CASE NO. 1:17-cv-1962 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE FARM INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF REMOVAL**

TO:  THE JUDGES OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION.

1. On August 10, 2017, an action was filed against Defendant, State Farm Mutual Automobile Insurance Company (incorrectly denoted as State Farm Insurance Company), in the Common Pleas Court of the State of Ohio, in and for Lorain County entitled *Edith Ramey v. State Farm Insurance Company*, Case No. 17CV193066 and said action was commenced by service of a copy of the Complaint and Summons upon Defendant on August 17, 2017, a copy of which is attached as Exhibits A and B.  The Answer of Defendant State Farm Mutual Automobile Insurance Company was filed with the Court on September 15, 2017, a copy of which is attached as Exhibit C. No further proceedings have been had herein.

2. The above described action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and is one which may be removed to this court by petitioner defendant herein, pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs and is between citizens of different states.  The Plaintiff who is suing State Farm, at the time this action was commenced, was and still is a citizen of the State of Ohio; and the Defendant State

Farm, at the time this action was commenced was and still is a corporation incorporated under the laws of the State of Illinois, with its principal place of business in the State of Illinois and was not and is not a citizen of the State of Ohio wherein this action was brought.

3. Defendant desires to remove this action into this Court as provided in 28 U.S.C. § 1446(b) and does so within the 30-day requirement.

WHEREFORE, Defendant notifies all parties that the above action now pending in the Court of Common Pleas in the State of Ohio in and for Lorain County is removed to the United States District Court for the Northern District of Ohio, Eastern Division.

Respectfully submitted,

GALLAGHER, GAMS, PRYOR
TALLAN & LITTRELL L.L.P.

By:    /s James R. Gallagher
JAMES R. GALLAGHER (0025658)
471 East Broad Street, 19th Floor
Columbus, Ohio 43215-3872
(614) 228-5151   FAX: (614) 228-0032
jgallagher@ggptl.com

Trial Attorney for Defendant
State Farm Mutual Automobile
Insurance Company

### CERTIFICATE OF SERVICE

A copy of the Notice of Removal was served via e-mail upon Mark G. Petroff, Attorney for Plaintiff, at Petroff Law, LLC, 1288 Abbe Road North, Elyria, Ohio 44035 (mgp@petrofflaw.com) on this 18th day of September, 2017.

/s/ James R. Gallagher
JAMES R. GALLAGHER (0025658)
Trial Attorney for Defendant
State Farm Mutual Automobile
Insurance Company

jrg\200753\ pl\02 notice of removal tb