IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| EDITH RAMEY, | ) CASE NO. 1:17-cv-01962 |
| | ) |
| Plaintiff, | ) JUDGE SOLOMON OLIVER, JR. |
| | ) |
| v. | ) MAGISTRATE JUDGE BAUGHMAN, JR. |
| | ) |
| STATE FARM INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the Plaintiff and Defendant who hereby stipulate that all claims asserted or that could have been asserted in the above-styled lawsuit are hereby dismissed, with prejudice to the refiling of this matter.

Respectfully submitted,

PETROFF LAW, LLC

By:     /s/ Mark G. Petroff (per written authority)
       MARK G. PETROFF (0019634)
       1288 Abbe Road North
       Elyria, Ohio 44035
       (440) 365-8800  FAX:  (440) 365-2001
       mgp@petrofflaw.comsp

       Trial Attorney for Plaintiff

GALLAGHER, GAMS, PRYOR,
TALLAN & LITTRELL L.L.P.

By:     /s/ James R. Gallagher
       JAMES R. GALLAGHER   (0025658)
       471 East Broad Street, 19th Floor
       Columbus, Ohio 43215-3872
       (614) 228-5151  FAX:  (614) 228-0032
       jgallagher@ggptl.com

       Trial Attorney for Defendant
       State Farm Mutual Automobile
       Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2018, I electronically filed the foregoing Stipulation of Dismissal With Prejudice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mark G. Petroff, Attorney for Plaintiff.

/s/ James R. Gallagher

James R. Gallagher     (0025658)
Trial Attorney for Defendant
State Farm Mutual Automobile
Insurance Company

jrg\200753\ pl\10 stip dismissal tb