IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| EDITH RAMEY, | ) CASE NO. 1:17-cv-01962 |
| Plaintiff, | ) JUDGE SOLOMON OLIVER, JR. |
| v. | ) MAGISTRATE JUDGE BAUGHMAN, JR. |
| STATE FARM INSURANCE COMPANY, | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come the Plaintiff and Defendant who hereby stipulate that all claims asserted or that could have been asserted in the above-styled lawsuit are hereby dismissed, with prejudice to the refiling of this matter.

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
4/24/2018

Respectfully submitted,

PETROFF LAW, LLC

By:   /s/ Mark G. Petroff (per written authority)
MARK G. PETROFF (0019634)
1288 Abbe Road North
Elyria, Ohio 44035
(440) 365-8800  FAX:  (440) 365-2001
mgp@petrofflaw.comsp

Trial Attorney for Plaintiff

GALLAGHER, GAMS, PRYOR,
TALLAN & LITTRELL L.L.P.

By:    /s/ James R. Gallagher
JAMES R. GALLAGHER   (0025658)
471 East Broad Street, 19th Floor
Columbus, Ohio 43215-3872
(614) 228-5151  FAX:  (614) 228-0032
jgallagher@ggptl.com

Trial Attorney for Defendant
State Farm Mutual Automobile
Insurance Company